UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING MWASI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORCORAN STATE PRISON, et al.,<br><br>　　　　Defendant. | Case No.: 1:13-cv-00695 – JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER<br><br>(Doc. 9). |

    Plaintiff King Mwasi ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On May 30, 2013, the Court ordered Plaintiff to file a complaint in this matter. (Doc. 17). Plaintiff was given 21 days from the date of service of the order to comply with the May 3, 2013 order. Id. More than 21 days have passed and Plaintiff has failed to file a complaint.

    The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. Thompson v. Housing Authority of Los Angeles, 782 F.2d 829, 831

1

(9th Cir. 1986).  A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules.  *See, e.g.* Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause within **14 days** of the date of service of this Order why the action should not be dismissed for his failure comply with the Court's order.  Alternatively, within this same 14-day period, he must file his complaint.  Plaintiff is advised that this will be the Court's **FINAL** order for Plaintiff to file his complaint.  Should Plaintiff fail to comply with this order, the Court will issue findings and recommendations that this matter be dismissed.

IT IS SO ORDERED.

Dated:   **June 25, 2013**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE