UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING MWASI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORCORAN STATE PRISON,<br><br>　　　　Defendants. | Case No.: 1:13-cv-00695 – JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER<br><br>(Doc. 13). |

　　Plaintiff is a prisoner proceeding *pro se* in an action pursuant to 42 U.S.C. § 1983. On May 13, 2013, the Court ordered Plaintiff to inform the Court as to whether he consented to proceed before the Magistrate Judge or declined and wished this matter to be assigned to a District Judge. (Doc. 8). Plaintiff's response was due on or before June 17, 2013. Id. Plaintiff failed to respond.

　　On July 3, 2013, the Court again ordered Plaintiff to file his consent or request for reassignment on July 3, 2013. (Doc. 13). Plaintiff's response was due on or before August 5, 2013. Plaintiff has again failed to respond.

　　The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions

1

including dismissal of an action. Thompson v. Housing Authority of Los Angeles, 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g*. Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Plaintiff is advised that this will be the Court's final order for Plaintiff to file his consent or request for reassignment.  Should Plaintiff fail to comply with this order, the Court may issue findings and recommendations that this matter be dismissed.  Accordingly, Plaintiff is **ORDERED** to show cause within **21 days** of the date of service of this Order why the action should not be dismissed for his failure comply with the Court's order.

**ORDER**

Accordingly, the Court **ORDERS** as follows:

1. Plaintiff **SHALL complete and return** the consent/decline form within 21 days days of the date of service of this Order; and

2. The Clerk of the Court is **DIRECTED** to send Plaintiff another copy of the consent/decline form and the instructions for consent to Magistrate Judge's jurisdiction.

IT IS SO ORDERED.

Dated:   **August 13, 2013**               **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE