# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING MWASI, | Case No. 1:13-cv-00695-JLT (PC) |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| CORCORAN STATE PRISON, et al | **(Doc. 15)** |
| Defendant. | |

Plaintiff, King Mwasi, ("Plaintiff") is a state prisoner who is currently proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 24, 2013. (ECF No. 1.)

The action was transferred to this Court from the Northern District of California on May 13, 2013. (ECF No. 7.) That same day, new case documents and an order regarding consent to Magistrate Judge jurisdiction issued. (ECF No. 8.) Since Plaintiff did not respond, a second order regarding consent to Magistrate Judge jurisdiction issued. (ECF No. 13.) No response was received from Plaintiff as to either of these orders, so on June 26, 2013, an order to show cause regarding dismissal for Plaintiff's failure to comply with the Court's order issued. (ECF No. 15.) On September 6, 2013, Plaintiff complied and filed the form indicating his declination to Magistrate Judge jurisdiction. (ECF No. 18.)

1

1  Accordingly, it is HEREBY ORDERED that the Order to Show Cause Why This Action
2  Should not be Dismissed for Plaintiff's Failure to Comply with the Court's Order, which issued on
3  August 14, 2013 (ECF No. 15), is DISCHARGED.

IT IS SO ORDERED.

   Dated: __October 24, 2013__         __/s/ Jennifer L. Thurston__
                                                    UNITED STATES MAGISTRATE JUDGE