# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING MWASI,<br><br>            Plaintiff,<br><br>     v.<br><br>CORCORAN STATE PRISON, et al<br><br>            Defendants. | **Case No.  1:13-cv-00695-AWI-JLT (PC)**<br><br>**ORDER DISREGARDING PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT AS MOOT**<br><br>**(Doc. 23)** |

Plaintiff, King Mwasi, ("Plaintiff") is a state prisoner who is currently proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April 24, 2013 in the Northern District of California.  (Doc. 1.)  The action was transferred to this Court on May 13, 2013.  (Doc. 7.)  The Complaint was screened and dismissed for failure to state a cognizable claim with leave to amend.  (Doc. 17.)  Plaintiff requested and received a 60 day extension of time, up to and including November 19, 2013, to file a first amended complaint.  (Docs. 19, 21.)  Plaintiff timely filed the First Amended Complaint on November 14, 2013.  (Doc. 24.)  That same day, he filed a motion to file the First Amended Complaint.  (Doc. 23.)

///

///

///

1

1 | Accordingly, it is HEREBY ORDERED that Plaintiff's motion to file the First Amended
2 | Complaint, filed on November 14, 2013 (Doc. 23), is disregarded as moot.

4 | IT IS SO ORDERED.

5 | Dated: **February 13, 2014**            **/s/ Jennifer L. Thurston**
6 |                                              UNITED STATES MAGISTRATE JUDGE