UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING MWASI,<br><br>              Plaintiff,<br><br>     v.<br><br>CORCORAN STATE PRISON et al.,<br><br>              Defendants. | No.  1:13-cv-00695-DAD-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 59, 60) |

Plaintiff, King Mwasi, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On May 20, 2015, the assigned magistrate judge screened the third amended complaint and issued findings and recommendations, recommending that plaintiff be allowed to proceed on some of his claims and that the rest of his claims be dismissed.  (Doc. No. 60.)  The findings and recommendation were served that same day and allowed thirty days for plaintiff to file objections.  (*Id.*)  After receiving a sixty-day extension of time, plaintiff has not filed any objections.  (Doc. Nos. 61, 62.)

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. As the magistrate judge noted, liberally construed, plaintiff's third amended complaint appears to state cognizable claims against defendants LVN Reynoso and LVN Teran for deliberate indifference to plaintiff's serious medical needs. (*See* Doc. No. 60 at 19–20.) However, because those claims are not related to the other claims on which plaintiff will proceed in this action, they should be dismissed. (*Id.*) To the extent plaintiff wishes to assert those claims against defendants LVN Reynoso and LVN Teran, plaintiff is advised to file each of them with the court in separate complaints.

Accordingly,

1. The May 20, 2016 findings and recommendations (Doc. No. 60), are adopted in full;
2. This action for damages shall proceed on the following claims in plaintiff's third amended complaint:
    a. against defendants Dr. Mahoney, Dr. Blanchard, Urbano LCSW, and Prince LCSW for deliberate indifference of plaintiff's serious medical needs in violation of the Eighth Amendment;
    b. against defendants Dr. Blanchard and Prince LCSW for retaliation in violation of the First Amendment;
    c. against defendant guards Cordova, Torres, and J. Gomez for excessive use of force and regarding the conditions of his confinement in violation of the Eighth Amendment, and against Sgt. Holland for his knowledge and acquiescence in defendant guard Torres' use of excessive force; and
3. All other claims and defendants are dismissed; and
4. The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **September 17, 2016**                              _____
                                                                                                  UNITED STATES DISTRICT JUDGE