1

2

3

4

5

6

7

8    # UNITED STATES DISTRICT COURT

9    EASTERN DISTRICT OF CALIFORNIA

10

11   KING MWASI,                              **Case No.  1:13-cv-00695-DAD-JLT (PC)**

12          Plaintiff,                        **ORDER TO SHOW CAUSE WHY
                                              DEFENDANT DR. MAHONEY SHOULD NOT**
13     v.                                     **BE DIMMISSED FOR PLAINTIFF'S FAILURE
                                              TO COMPLY WITH THE COURT'S ORDER**
14   CORCORAN STATE PRISON, et al.,           **AND TO PROSECUTE THIS ACTION**

15          Defendants.                       **(Doc. 65)**

16                                            **21-DAY DEADLINE**

17          The Third Amended Complaint was screened and found to state various cognizable claims

18   for relief under section 1983.  (Doc. 65.)  On September 21, 2016, service documents were sent to

19   Plaintiff which he was ordered to fill out and return for service on Defendants Dr. Mahoney, Dr.

20   Blanchard, Urbano LCSW, Prince LCSW, Sgt. Holland, and guards Cordova, Torres, and J.

21   Gomez.  (*Id.*)  Plaintiff was ordered to file the service documents within thirty days of the date of

22   service of that order.  (*Id.*)  On October 19, 2016, service documents were received from Plaintiff

23   for all of the above defendants, except Dr. Mahoney.  (*See* Doc. 67.)

24          Accordingly, the Court **ORDERS**:

25          1.   Plaintiff SHALL show cause within **21 days** of the date of service of this order

26               why Defendant Dr. Mahoney and all claims against him should not be dismissed

27               with prejudice for Plaintiff's failure to comply with the Court's order and to

28               prosecute this action;

1

2.  In the alternative, Plaintiff may submit documents for service on Dr. Mahoney, or a notice of voluntary dismissal of Dr. Mahoney;

3.  The Clerk's Office is directed to send Plaintiff a USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the Third Amended Complaint, filed on December 28, 2015 (Doc. 59); and

4.  **Plaintiff's failure to respond to this order in the time provided will result in recommendation that Dr. Mahoney and all claims against him be dismissed with prejudice.**

IT IS SO ORDERED.

Dated:   __**November 7, 2016**__                    ____**/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE

2