# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING MWASI,<br><br>              Plaintiff,<br><br>    v.<br><br>CORCORAN STATE PRISON, et al.,<br><br>              Defendants. | 1:13-cv-00695-DAD-JLT (PC)<br><br>**ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 21 DAYS and ORDER STAYING ACTION**<br><br>(Doc. 71)<br><br>**21-DAY DEADLINE** |

In this action, Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, the Court **ORDERS**:

  1. **Within 21 days of the date of service of this order**, Plaintiff **SHALL** submit the attached application to proceed *in forma pauperis*, completed and signed or pay the $400.00 filing fee for this action;

  2. This action is **STAYED**[1] until Plaintiff complies with this order, or the issue is otherwise resolved.

///

///

---

[1] A district court has the inherent power to stay proceedings "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *see also Gold v. Johns-Manville Sales Corp.*, 723 F.2d 1068, 1077 (3d Cir.1983) (holding that the power to stay proceedings comes from the power of every court to manage the cases on its docket and to ensure a fair and efficient adjudication of the matter at hand).

1

**No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **February 1, 2017**                              **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE