# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING MWASI,<br>        Plaintiff,<br>v.<br>CORCORAN STATE PRISON, et al.,<br>        Defendants. | Case No. 1:13cv-00695-DAD-JLT (PC)<br><br>**ORDER STAYING DISCOVERY OTHER THAN ON EXHAUSTION** |

On May 30, 2017, Defendants filed a motion for summary judgment per *Albino v. Baca*, No. 10-55702, 2014 WL 1317141, at *1 (9th Cir. Apr. 3, 2014) (en banc), asserting the affirmative defense that Plaintiff failed to exhaust his available administrative remedies prior to filing this action. (Doc. 83.) In their motion, Defendants request that discovery be stayed, other than on exhaustion issues, until a ruling is issued on their motion. (*Id.*)

Accordingly, the Court **ORDERS**, that Defendants' request is **GRANTED** and, other than on exhaustion issues, discovery in this action **STAYED**.

IT IS SO ORDERED.

    Dated:   **May 31, 2017**                           **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE